**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

UNITED STATES OF AMERICA,

v.  Case No. 6:11-cr-255-Orl-37TBS
6:11-cr-374-Orl-37TBS

RAQUEL D'SARONNO,

---

**ORDER**

This cause is before the Court on the following:

1. In Case Number 6:11-cr-255 ("Wire Fraud Case"), Defendant's Motion for Reduction of Sentence (Doc. 163), filed April 2, 2015; and

2. In Case Number 6:11-cr-374 ("Firearm Case"), Defendant's Motion for Reduction of Sentence (Doc. 174), filed April 2, 2015.

On March 30, 2015, the Court denied, in both the Wire Fraud Case and the Firearm Case, Defendant's motions to: "Recommend Community Corrections Center Placement," "Motion for Reconsideration 18 U.S.C. 3742(e) [sic] Post Sentencing Rehabilitation Programming," and "Motion for Early Release Pursuant to Title 18 USC 3624 [sic]." (*See* Wire Fraud Case, Doc. 162; Firearm Case, Doc. 173.) Subsequently, Defendant filed a motion in both cases to reduce her sentence "just in case the other motions [were] not sufficient," arguing that she should receive "credit" for, *inter alia*, being forced to take a plea, being forced not to object to any information on the Presentence Investigation Report, and serving time in a home detention ankle bracelet. (Wire Fraud Case, Doc. 163;

Firearm Case, Doc. 174.)

As the Court has previously explained, it may not modify a term of imprisonment without a motion by the Director of the Bureau of Prisons or a motion by the Government. *See* 18 U.S.C. §§ 3582(c)(1)(A)(i), 3582(c)(1)(B); *see also* (Wire Fraud Case, Doc. 162; Firearm Case, Doc. 173).

Accordingly, it is hereby **ORDERED AND ADJUDGED** that Defendant's Motions for Reduction of Sentence in Case Number 6:11-cr-255 (Doc. 163) and in Case Number 6:11-cr-374 (Doc. 174) are **DENIED**.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on May 29, 2015.

ROY B. DALTON JR.
United States District Judge

Copies:

Counsel of Record